IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>SHAUN DANIEL NIMOCKS,<br><br>             Defendant. | CR 19-35-BLG-SPW-3<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Leave to File Addendum to Sentencing Memorandum Under Seal (Doc. 181), and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion is **GRANTED.** Defendant shall file the Addendum to his Sentencing Memorandum under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 3rd day of November, 2020.

SUSAN P. WATTERS
United States District Judge

1